UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| MARGARITE SAMPSON BROWN, on behalf of herself and all those similarly situated | * | CIVIL ACTION NO. 16-0824 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| BODY & SOUL SERVICES, INC. , DERENDA FLOWERS, AND SHEILA GREEN | * | MAG. JUDGE KAREN L. HAYES |

# O R D E R

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Plaintiff's "Motion to Conditionally Certify FLSA Collective Action Classes and to Facilitate Notice Under 29 U.S.C. § 216(b)" is GRANTED IN PART and DENIED IN PART, as set forth in the Report and Recommendation. To the extent that Plaintiff moves to certify the two FLSA collective actions, the motion is GRANTED. However, the Late Payment Class is subject to the temporal limitation proposed by Defendants.

IT IS FURTHER ORDERED that, within 14 days from entry of this order, the parties shall file a joint or unopposed motion for approval of notices and opt-in forms. Within that same period, Defendants shall provide Plaintiff with the names and mailing addresses for the prospective members of the collective action classes.

MONROE, LOUISIANA, this 17th day of May, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE